# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

16-1283-MJR

**FILED**
NOV 28 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

DaJuan Brown

Case Number: 1/15741
(Clerk's Office will provide)

*Plaintiff/Petitioner(s)*

v.

Phisexual Torture

*Defendant/Respondent(s)*

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:** Da[...]

A. Plaintiff's mailing address, register number, and present place of confinement. Dixon Correctional [...]

**Defendant #1:**

B. Defendant **BRUCE RAURER** is employed as
(a) (Name of First Defendant)

**TORTURE 999-99 CLAIM / IDENTITY THEFT DEFRAUD**
(b) (Position/Title)

with **Will County / Cook County / N.B.A.**
(c) (Employer's Name and Address)

**Cash Money Studios / Atlantic Records**

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: ILLEGALLY EXPOSER of my CHARICTER. DECORTORE, Sex MisConducting of my IMAGE. ILLIGAL Sex Toy's. "TADDIE" michine. IDENTITY THEFT. TADDIE.Com. THOT ARE DEGRADENS. Also AN ENDANGEMENT me, other Celebrities, FANS, ENFORCEMENT Youth. INCARCERATED SERVATION NEGLECTION.

(Rev. 7/2010)

**Defendant #2:**

C. Defendant ___Jamie Foxx___ is employed as
   (Name of Second Defendant)

___Torture 999-99 "Sexual Mis Conduct"___
   (Position/Title)

with ___Foxx Hole / Film Production Studios___
   (Employer's Name and Address)

Psychosexual / Sports Trainer
Torture only
Illegal Immigration
"Blk Slave markets"
B.E.T. Television

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If you answer is YES, briefly explain: Super Starr of Hollywood that has musical mixture Distinctions of. A Change in my life style. Or other md with the same criminal Instint of Party. I mate he gett's prostututeon. Case of word of mouth. Barber shop, my musical Talent women that Sell there's Self for Profit "Bribery"

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

Janet Jackson Celeberity, Tamron Hall "Good Morning America".?
Diva BET Awarded

"Beyonce Knowles Carter", Brooklyn Nets, R/B CD. Soul Writer

Kim Kardashiuss Entertainment Television

Kanye West, Jay-Z, Sean S. Cater

Ricky Ross Rose "Bad Boy" Entertainment
Dirty Money

(Rev. 7/2010)                   2

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☒ Yes ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

1. Parties to previous lawsuits:
   Plaintiff(s): DaJuan Brown Y15741
   Black male, 30 of age.
   Defendant(s): Will County "Adult Detention Facility" - Torture on Television ??? a Store TR.

2. Court (if federal court, name of the district; if state court, name of the county): Cook County Chicago Ill, Dearbournse Ave.

3. Docket number: Y15741

4. Name of Judge to whom case was assigned: ???

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Torture, 8th Admendment of Constitution Assult Police Violence, Lost Wages.

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Returning my Doctuments back to Dearbounske Cook County. Illinois

7. Approximate date of filing lawsuit: 10/2016

8. Approximate date of disposition:

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

"Correctional Officer Are Told "As bribed", [illegible] Neglect

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,
  1. What steps did you take? Getting grievance procedure Reviewed and notice by Jt or Chef of the County. Thank you.

  2. What was the result? They provoke to torture and bribed, of sex money, Presonal Prevence's. Porn. [illegible]

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☒ Yes ☐ No

F. If your answer is YES,
  1. What steps did you take? [illegible] Jail [illegible] Small, To [illegible]

  2. What was the result? [illegible]

G. If your answer is NO, explain why not. [illegible]

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

[illegible handwriting]

IV. **STATEMENT OF CLAIM**

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I'm under investigation of corruptional officers. The states Government Illinies an Entertainment Business of Illegally Immigration Porn, Illegal Distrubution of super stares Profession. I have been Mentally, Physically, Verbally, Assulted. Abused. Just a some of what I have to Fight in case of my legal Definences. Thank U.S.A.

Cook County, Will County

Dajuan Brown
Male 32 Blk, Dixon Ill.

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I hereby AS DaJuane Martell Brown. I would enjoy the installments, opptunities, of, Beg Opptunities, of Reinbursment of a my Pain, 3 Suffering's of the Humidities and tortures. 1 Tragedies Endangerment Brain Damage MRI Hospitalication over the counter medicine that was need for 12 yrs. I Am a Responsible Inter of make Success Full Earning Wealth Upper Class, Reliabilities of ?

## VI. JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

11:37 p.m.
Signed on: October 31st 2016
(date)

Signature of Plaintiff

Dixon
Street Address

Dajuan Brown M.
Printed Name

Illinios, Dixon,
City, State, Zip

Y15741
Prisoner Register Number

Signature of Attorney (if any)

(Rev. 7/2010) 6